**No. 10-1016. Daniel Coleman, Petitioner v. Court of Appeals of Maryland, et al.**

565 U.S. 1091, 132 S. Ct. 865, 181 L. Ed. 2d 546, 2011 U.S. LEXIS 8897.

December 12, 2011. Motion of Senator Tom Harkin, et al. for leave to participate

in oral argument as amici curiae and for divided argument denied.